**GINO JOSH SINGER**
ATTORNEY AT LAW

299 BROADWAY
NEW YORK, N.Y. 10007

TEL. (212) 227-6655
FAX (212) 732-6972

September 29, 2005

**BY FACSIMILE: 718 260 2386**

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted.*
*So ordered.*
*9/29/05*
) USDJ

cc: Counsel

Re: United States v. Amaury Rosario
<u>Docket Number CV 04 688 (ARR)</u>

Dear Judge Ross:

I represent Amaury Rosario in connection with the 28 U.S.C. Section 2255 petition that has been filed with the Court. This letter is written to request that petitioner be granted an extension of time within which to file his response to the government's reply to the petition.

I have previously advised your Court Deputy, Mr. Dennis LaSalle, that the defense seeks an extension of time in this matter. It is respectfully requested that the defense be permitted to reply by November 30, 2005. The request for this time frame is due to a combination of factors, including but not limited to the length of the government's filing; the difficulty of communicating with my client, who is lodged in Lewisburg, Pennsylvania; other professional commitments; and personal matters that have taken up (and will continue to consume) significant periods of time.

The government, through assistant United States attorney Kelly Currie, does no oppose this application.

Very truly yours,

Gino Josh Singer

GJS/ms
cc: Kelly Currie, Esq.
    assistant United States attorney
    BY FACSIMILE: 718 254 6320

c/m