UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

Rosario
v.
USA

USDC #: 04-CV-688
USCA #: 12-2745

JUDGE: Ross



-------------------------------------------------------

### FIRST SUPPLEMENTAL RECORD ON APPEAL

| | |
|---|---|
| Index Prepared By: | GERMAINE MANUEL |
| Address: | EASTERN DISTRICT OF NEW YORK |
| Telephone No.: | (718) 613-2310 |

The document numbers circled on the following pages with the original papers, constitute part of this record on appeal. The document numbers followed by an (*) are missing. The other part of this record on appeal consists of electronically filed documents.

Date: Certified and transmitted Record on Appeal to U.S. Court of Appeals, re: [26] Notice of Appeal. The following documents were sent: A certified Clerk's certificate with a certified docket sheet, four copies of the index, and unscanned documents as requested and as sent by Archives. Acknowledgment requested.

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND 1 vol. NC VOLUMES OF ORIGINAL RECORD.

DATE: 7-24-12

Catherine O'Hagan Wolfe
CLERK, U.S.C.A. 2nd Cir

A TRUE COPY ATTEST
DATE: 7-23- 20 12
DOUGLAS C. PALMER CLERK
BY _____ DEPUTY CLERK